ACCEPTED
12-14-00345-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/11/2015 3:25:27 PM
CATHY LUSK
CLERK

## NO. 12-14-00345-CR

| | | |
|---|---|---|
| REBECCA LYNN BARKER | § | IN THE COURT OF APPEALS |
| Appellant | § | 12th COURT OF APPEALS<br>TYLER, TEXAS<br>6/11/2015 3:25:27 PM |
| | § | |
| V. | § | 12th COURT OF APPEALS |
| | § | CATHY S. LUSK<br>Clerk |
| THE STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

### APPELLANT'S REQUEST FOR EXTENSION TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellant before this Court, and Defendant in the Trial Court in Cause Number  before the 2nd Judicial District Court, Cherokee County, Texas, and files this his Motion for Extension to File Brief, pursuant to Rules 10.5(b) and 38.6 (d) of the Texas Rules of Appellate Procedure, and for same would show unto the Court as follows, to-wit:

I.

Second Motion:

This is Appellant second motion for extension of the deadline for the filing of Appellant's Brief.

II.

Extended Brief Deadline:

Appellant's Brief along with a Request for Extension was due to be filed on or before **June 8, 2015**; or in the alternative, a Request for Extension was to be filed on or before that date to avoid referral to the Trial Court for a hearing.

1

## III.

General Grounds for Extension:

Counsel would show that he is in a solo practice without staff and handles civil and criminal litigation and appeals and actively practices in three primary counties: Wood, Smith and Cherokee.

## IV.

Specific Grounds for Extension:

During the briefing period, following the receipt of the Clerk's Record and Reporter's Record,, Counsel was called upon to prepare for jury selection and trial in the following cases, to-wit:

State of Texas v. Justin Ray,  Cause No.:19183, 2nd Judicial District Court, Cherokee County, Texas (Agg. Assault w/ Deadly Weapon ) (Docketed 04-20-15);

State of Texas v. Ricky Franklin,  Cause No. 19088, 2nd Judicial District Court, Cherokee County, Texas (PCS) (Docketed 04-20-15);

State of Texas v. Jason Morris,  Cause No.: 19182, 2nd Judicial District Cherokee Smith County, Texas (Agg. Robbery) (Docketed 05-11-15 );

State of Texas v. Nikki Hoffman,  Cause No.: 19411 2nd Judicial District Court, Cherokee County, Texas ((PCS) (Docketed 05-18-15);

State of Texas v. Justin Jones,  Cause No.: 241-0210-15, 241st Judicial District Court, Smith County, Texas (Felon in Possession/Enhanced) (Docketed 06-01-15); and

Jose Sanchez v. State of Texas,  Cause No.: 12-14-00345-CR, 12th Court of Appeals, Tyler, Texas (Sexual Assault) (Extended Brief Deadline 06-08-15).

## V.

Insufficient Time to Complete Brief:

Counsel would show that based upon the above and forgoing, that he has had insufficient time within which to complete the Brief.

## VI.

Requested Relief:

Counsel requests that the deadline for filing Appellant's Brief be extended to **June 12, 2015**. The subject request for extension is not sought for delay, but only that justice may be done.

## VII.

Conference:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED.

## VIII.

Word Count Certificate:

Counsel certifies that WORD format character count is 559.


_____

STEN M. LANGSJOEN

WHEREFORE, PREMISES CONSIDERED, Counsel requests that this Request be filed among the papers in this matter and thereafter be granted.


_____

STEN M. LANGSJOEN

Respectfully submitted,

_____
STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone: (903) 531-0171
Telefax: (903) 531-0187
TBA # 11922800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, on this 6th day of June, 2015.

_____
STEN M. LANGSJOEN

4